Parker v. Parker

---

ALAN PARKER, EXECUTOR OF THE ESTATE OF HERBERT E. MURPHY, DECEASED v. JENNIE M. PARKER AND HAZEL M. HILTON

### No. 733SC318

#### (Filed 9 May 1973)

**Appeal and Error § 44— failure to file brief — dismissal of appeal**

When an appellant fails to file a brief, exceptions in the record will be taken as abandoned and the appeal may be dismissed. Court of Appeals Rules 28 and 48.

APPEAL by defendant, Jennie M. Parker, from *Blount, Judge,* 30 October 1972 Session of Superior Court held in PITT County.

Civil action for declaratory judgment submitted upon stipulated facts. From judgment entered, defendant Jennie M. Parker gave notice of appeal.

*Harrell & Mattox by Fred T. Mattox for plaintiff.*

*James, Hite & Cavendish by M. E. Cavendish for defendant appellant Jennie M. Parker.*

PARKER, Judge.

No briefs have been filed. When an appellant fails to file a brief as required by the Rules of this Court, exceptions in the record will be taken as abandoned and the appeal may be dismissed. Rules 28 and 48 of the Rules of Practice in the Court of Appeals.

Appeal dismissed.

Judges CAMPBELL and VAUGHN concur.